**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

**LAZARUS IROH, ANDREW OKAFOR, ET AL, Appellants**

**V.**

**EMMANUEL IGWE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

We **GRANT** appellants' and cross-appellees' motion for leave to late file reply brief and

**ORDER** the brief tendered to the Clerk of the Court on June 11, 2014 filed as of the date of this

order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE